THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Raphael L.
 Briggs, Appellant.
 
 
 

Appeal from Beaufort County
John M. Milling, Circuit Court Judge

Unpublished Opinion No.  2008-UP-515
 Submitted September 2, 2008  Filed
September 8, 2008

AFFIRMED

 
 
 
 Joseph L. Savitz, III, Chief Appellate Defender, South Carolina
 Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Assistant
 Attorney General S. Creighton Waters, Office of the Attorney General, of
 Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Raphael L. Briggs appeals his
 conviction for murder.  Briggs contends
 the trial court erred in submitting the issue of his status as an invitee, as
 it related to a self-defense charge, to the jury.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority:  State v. Adams,
 354 S.C. 361, 380, 580 S.E.2d 785, 795 (Ct. App. 2003) (holding arguments not
 raised to or ruled upon by the trial court are not preserved for appellate
 review, and a defendant may not argue one ground below and another on appeal).                                                                                                                            
AFFIRMED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
pursuant to Rule 215, SCACR.